LAURA E. DUFFY
United States Attorney
WARREN J. WILLIAMS
Special Assistant United States Attorney
California State Bar No. 270622
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9592
Facsimile:  (619) 235-2757

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARK LOUIS GONZALES,<br><br>　　　　　　Defendant. | Case No. 12cr547-AJB<br><br>**UNITED STATES' MOTION<br>FOR ORDER TO SHORTEN TIME**<br><br>Honorable Anthony J. Battaglia<br><br>Courtroom:　12 (2nd Floor)<br>Date:　　　　July 20, 2012<br>Time:　　　　11:00 a.m. |

　　　Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Laura E. Duffy, United States Attorney, and Warren J. Williams, Special Assistant United States Attorney, hereby moves this Court for an order shortening time to file its objection to Defendant's Motions in Limine for the following reason: The attorney for the United States was in trial this week, United States v. Ivy, 11cr5787, and did not have an opportunity to devote sufficient time to both respond adequately to the motion and file it in a timely fashion.  Respectfully, the United States requests this Court to shorten time to allow the United States to file Objections to the Defendant's Motions in Limine.

　DATED:　　July 19, 2012　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　LAURA E. DUFFY
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　s/ Warren J. Williams　　　　　　

　　　　　　　　　　　　　　　　　　　　　　　　WARREN J. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                           )<br>                    Plaintiff,          )<br>                                                           )<br>           v.                                          )<br>                                                           )<br> MARK LOUIS GONZALES,         )<br>                                                           )<br>                    Defendant.      )<br> _____) | Case No. 12CR547-BEN<br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, WARREN J. WILLIAMS, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of United States' Motion for Order to Shorten Time on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.    Sylvia Baiz, Esq.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on July 19, 2012

                                              s/ Warren J. Williams<br>
                                              WARREN J. WILLIAMS